JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ALEXANDER FOROUZESH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a foreign business corporation; and DOES 1–25 inclusive<br><br>Defendants. | Case № 2:18-CV-04090-ODW (AFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On February 15, 2019, the Court granted Defendant CVS Pharmacy, Inc.'s Motion to Dismiss, permitting Plaintiff Forouzesh leave to amend within 21 days. (Order Granting Def.'s Mot. to Dismiss, ECF No. 33.)  The Court ordered that, "[s]hould Forouzesh not file an amended complaint within 21 days, this dismissal will convert to one with prejudice." (*Id.* at 11.)  Plaintiff Forouzesh did not file an amended complaint within 21 days.  Accordingly, the dismissal is with prejudice.  The Court will issue Judgment concurrently with this Order.

**IT IS SO ORDERED.**

March 21, 2019

_____
                    **OTIS D. WRIGHT, II
        UNITED STATES DISTRICT JUDGE**