**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FOROUZESH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a foreign business corporation; and DOES 1–25 inclusive<br><br>Defendants. | Case № 2:18-CV-04090-ODW (AFMx)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///

1

# JUDGMENT

In light of the Court's Order **GRANTING** Defendants' Motion to Dismiss (ECF No. 33), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff shall recover nothing from Defendant;
2. The action is dismissed with prejudice; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 21, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**